Jonah A. Grossbardt (SBN 283584)
Matthew L. Rollin (SBN 332631)
**SRIPLAW**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

Attorneys for Plaintiff
MANOJ TULALA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| MANOJ TULALA, | Case No.: 2:23-cv-01146-SVW-KES |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| POWER BROKERS INTERNATIONAL INC., ROBIN H. ZACHA, AND THE DESIGN PEOPLE INC. DBA AGENT IMAGE | |
| Defendants. | |

Plaintiff MANOJ TULALA, by and through his undersigned counsel, and pursuant to Local Rule 40-2 of the Central District of California, hereby notifies the Court that Plaintiff Manoj Tulala and Defendants Power Brokers International, Inc.

1

**SRIPLAW**

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

1   and Robin H. Zacha have reached a resolution, and requests until May 5, 2023 in

2   which to file a Notice of Dismissal.

3

4   DATED:  April 5, 2023                    Respectfully submitted,

5

6                                            */s/ Matthew L. Rollin*

7                                            JONAH A. GROSSBARDT

8                                            MATTHEW L. ROLLIN

9                                            **SRIPLAW**

    Attorneys for Plaintiff Manoj Tulala

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF SETTLEMENT

2:23-cv-01146-SVW-KES