Jonah A. Grossbardt (SBN 283584)
Matthew L. Rollin (SBN 332631)
**SRIPLAW**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

Attorneys for Plaintiff
MANOJ TULALA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| MANOJ TULALA,<br><br>Plaintiff,<br><br>v.<br><br>POWER BROKERS INTERNATIONAL INC., ROBIN H. ZACHA, AND THE DESIGN PEOPLE INC. DBA AGENT IMAGE<br><br>Defendants. | Case No.: 2:23-cv-01146-SVW-KES<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff MANOJ TULALA, by and through his undersigned counsel, and pursuant to Local Rule 40-2 of the Central District of California, hereby notifies the Court that Plaintiff Manoj Tulala and Defendants Power Brokers International, Inc.

and Robin H. Zacha have reached a resolution, and requests until May 5, 2023 in which to file a Notice of Dismissal.

DATED:  April 5, 2023                    Respectfully submitted,

*/s/ Matthew L. Rollin*
JONAH A. GROSSBARDT
MATTHEW L. ROLLIN
**SRIPLAW**
Attorneys for Plaintiff Manoj Tulala